# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

2012 APR 24 AM 11:59

SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

KYRSTEN ANN NIKZAT (1),

                    Defendant.

CASE NO. 11CR1294-L

**JUDGMENT OF DISMISSAL**

          IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

_XX_ the jury has returned its verdict, finding the defendant not guilty;

_XX_ of the offense(s) as charged in the Indictment/Information:

    21:952 AND 960 - IMPORTATION OF METHAMPHETAMINE

          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 20, 2012

_____
M. James Lorenz
U.S. District Judge